FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 18, 2012

Elisabeth A. Shumaker
Clerk of Court

---

In re:

DEYON THOMAS,

      Petitioner.

No. 12-1100
(D.C. No. 1:96-CR-00048-CMA-1)
(D. Colo.)

---

**ORDER**

---

Before **BRISCOE**, Chief Judge, **EBEL** and **HARTZ**, Circuit Judges.

---

Deyon Thomas, a federal inmate, has brought a "Petition for a Writ of Error" challenging the validity of his criminal convictions. The petition is improper. "The exclusive remedy for testing the validity of a judgment and sentence, unless it is inadequate or ineffective, is that provided for in 28 U.S.C. § 2255." *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996) (quotation omitted). It appears that Mr. Thomas already has filed at least one § 2255 motion, but the fact that a petitioner "is precluded from filing a second § 2255 petition does not establish that the remedy in § 2255 is inadequate." *Caravalho v. Pugh*, 177 F.3d 1177, 1179 (10th Cir. 1999).

The "Petition for Writ of Error" is DENIED. The motion for leave to proceed

in forma pauperis is DENIED.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk